No. 527. CAROLINA SPRUCE COMPANY *v.* BLACK MOUNTAIN RAILWAY COMPANY. Error to the Supreme Court of the State of Tennessee. February 3, 1919. Dismissed with costs, on motion of counsel for plaintiff in error. *Mr. Robert Burrow* for plaintiff in error. *Mr. John W. Price* for defendant in error.